JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOYI ZHAO,<br>Petitioner,<br>v.<br>FIELD OFFICE DIRECTOR LOS ANGELES, et al.,<br>Respondents. | No. 5:26-cv-1179-MRA (DSR)<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice, and that judgment is entered in favor of Respondents and against Petitioner. The Order constitutes final disposition of the Petition by the Court.

DATED: August 28, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE